UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR22-207 JRT/ECW

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(c)(1)(A)(i) |
| | 18 U.S.C. § 924(d)(1) |
| JUSTIN WHITE, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| Defendant. | 21 U.S.C. § 853 |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Fentanyl)

On or about February 1, 2022, in the State and District of Minnesota, the defendant,

**JUSTIN WHITE,**

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, which is also known by the chemical name N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, a controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Felon in Possession of a Firearm)

On or about February 1, 2022, in the State and District of Minnesota, the defendant,

**JUSTIN WHITE,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:


SCANNED
AUG 23 2022
U.S. DISTRICT COURT MPLS

United States v. Justin White

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| 2nd Degree Drug Possession | Hennepin, MN | March 7, 2006 |
| Prohibited Person in Possession of a Firearm | Hennepin, MN | December 18, 2006 |
| Prohibited Person in Possession of a Firearm | Hennepin, MN | January 9, 2008 |
| 5th Degree Drug Possession | Hennepin, MN | September 26, 2013 |
| 2nd Degree Aggravated Robbery | Hennepin, MN | June 3, 2014 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, namely a Glock 17 9mm semi-automatic handgun serial number BUNM410, and a S&W SD40 9mm semi-automatic handgun serial number HEX4884; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 1, 2022, in the State and District of Minnesota, the defendant,

**JUSTIN WHITE,**

knowingly possessed firearms, to wit: a Glock 17 9mm semi-automatic handgun serial number BUNM410, and a S&W SD40 9mm semi-automatic handgun serial number HEX4884, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a controlled substance

United States v. Justin White

in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), as set forth in Count 1 of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Sections 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense. The property to be forfeited includes, but is not limited to, a Glock 17 9mm semi-automatic handgun serial number BUNM410, and a S&W SD40 9mm semi-automatic handgun serial number HEX4884, serial number 31740, seized from defendant's residence on or about February 1, 2022.

If convicted of Counts 2 or 3 of the Indictment, the defendant shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(a), including a Glock 17 9mm semi-automatic handgun serial number BUNM410, and a S&W SD40 9mm semi-automatic handgun serial number HEX4884, and ammunition and accessories seized therewith.

United States v. Justin White

      If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

      All in violation of Title 21, United States Code, Section 853, and Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____

UNITED STATES ATTORNEY      FOREPERSON