**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No.: 22-CR-207 (JRT/ECW)**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT'S MOTION FOR** |
| ) | **IMMEDIATE DISCLOSURE OF** |
| ) | **FAVORABLE EVIDENCE** |
| Justin White, ) | |
| ) | |
| Defendant. ) | |

Defendant, Justin White, by and through his attorney, James M. Ventura, respectfully moves the Court pursuant to the Fifth and Sixth Amendments of the United States Constitution, and the principles enunciated in *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), *Argurs v. United States*, 427 U.S. 97 (1976), and *United States v. Bagley*, 473 U.S. 667 (1986), to require the Government to disclose immediately any previously undisclosed evidence or information known to the Government or in its possession, custody, or control, the existence of which is known or by the exercise of reasonable diligence may become known, that is favorable to Defendant and is material to the issues of his guilt, innocence, or sentencing, or which bears upon the credibility of a Government witness.

The information requested specifically includes, but is not limited to, the following:

1. Any and all grants of immunity, favors, or promises of any kind, made to any witness in connection with obtaining his or her testimony or assistance. This includes any plea agreement entered into between the Government and the witness, as result of which the witness is testifying against Defendant in this case, or on behalf of the Government at any other trial, grand jury or other proceedings, or is otherwise furnishing information to the

      Government. Also requested are any requests for authorization from the Department of Justice to apply for compulsion orders in which the United States Attorney, in setting forth the basis for said request, *referred* to suspicions or allegations of the Government, or its agencies, with respect to the involvement of the witness in the allegations set forth in the Indictment.

2. Any assistance, financial or otherwise, provided by an attorney or agent of the Government to any witness for any reason, including assistance with local or federal law enforcement agencies, or any other agency of federal, state, or local government, including specifically the United States Department of Justice, Drug Enforcement Administration.

3. The criminal identification and history sheet of each potential Government witness.

4. Any criminal charges pending against any potential Government witness which have not been disposed of either by conviction or acquittal.

5. Any criminal activity in which a potential Government witness has engaged which has not resulted in prosecution or conviction.

6. All mental, psychiatric, or drug abuse and dependency records of any individuals who are intended to be called as witnesses insofar as said facts relate to said individual's ability to be truthful, forthright, and honest as a witness and to know, hear, see, tell, and relate facts which occur in their presence as such is in the possession, custody or control or is known to the Government or as may become so known by the exercise of due diligence on the part of the Government.

7. Any and all exculpatory information contained in the personnel files of the Government agents and informants which the Government intends to call at trial; this request includes,

but is not limited to allegations of misconduct adversely reflecting upon the agent or informant's credibility.

**WHEREFORE**, Defendant respectfully requests this Court to require the Government to disclose immediately any previously undisclosed evidence or information known to the Government or in its possession, custody, or control, the existence of which is known or by the exercise of reasonable diligence may become known, that is favorable to Defendant and is material to the issues of his guilt, innocence, or sentencing, or which bears upon the credibility of a Government witness.

This Motion is based upon the Indictment, the records, and files in the above-entitled action, and any and all matters which may be presented prior to, or at the time of the hearing of said Motion.

Dated: September 23, 2022                          Respectfully submitted,

*/s/ James M. Ventura*
James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, Minnesota 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Justin White*