UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No.: 22-CR-207 (JRT/ECW)

| | |
|---|---|
| United States of America,             )<br>                                                      )<br>        Plaintiff,                          )<br>                                                      )<br>                                                      )<br>Justin White,                                )<br>                                                      )<br>        Defendant.                       )  | **DEFENDANT'S MOTION TO COMPEL IDENTIFICATION OF CONFIDENTIAL INFORMANT(S)** |

Defendant, Justin White, by and through his attorney, James M. Ventura, respectfully moves the Court for an Order requiring the Government to disclose the identity of any confidential informants used in the investigation of this case.

This Motion is based upon the Indictment, the records, and files in the above-entitled action, and any and all matters which may be presented prior to, or at the time of the hearing of said Motion.

Dated: September 23, 2022        Respectfully submitted,

*/s/ James M. Ventura*
James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, Minnesota 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Justin White*