**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Criminal No.: 22-CR-207 (JRT/ECW)**

| | |
|---|---|
| United States of America,            )<br>                                                        )<br>            Plaintiff,            )<br>                                                        )<br>                                                        )<br> Justin White,            )<br>                                                        )<br>            Defendant.            ) | **DEFENDANT'S MOTION TO SUPPRESS STATEMENTS, ADMISSIONS AND ANSWERS** |

Defendant, Justin White, by and through his attorney, James M. Ventura, respectfully moves the Court pursuant to Fed. R. Crim. P. 12, for an Order suppressing the following:

1. Confessions, admissions, or statements in the nature of confessions made by Defendant on the grounds that some were obtained in violation of the Fifth and Sixth Amendments of the United States Constitution and were, additionally, involuntarily made.

2. Evidence obtained as a result of searches and seizures obtained in violation of Defendant's Fourth Amendment rights.

3. Any and all other evidence discovery or obtained as a result of the above.

This Motion is based upon the Indictment, the records, and files in the above-entitled action, and any and all matters which may be presented prior to, or at the time of the hearing of said Motion.

Dated: September 23, 2022	Respectfully submitted,

*/s/ James M. Ventura*

James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, Minnesota 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Justin White*