UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No.: 22-CR-207 (JRT/ECW)

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| | ) DEFENDANT'S NOTICE PURSUANT |
| | )    TO LOCAL RULE 12.1(c)(3)(A) |
| Justin White, | ) |
| Defendant. | ) |

Defendant, Justin White, by and through his attorney, James M. Ventura, respectfully provides Notice Pursuant to Rule 12.1(c)(3)(A) of the Local Rules of the United States District Court for the District of Minnesota that he does not intend to call any witnesses at the Pre-trial Motion hearing in the above-entitled action. Defendant reserves his rights under Rule 12.1(c)(3)(C).

This Notice is based upon the Indictment, the records, and files, accessible discovery that has been produced to date, and any and all matters which may be presented prior to, or at the time of the hearing of this Notice. If additional discovery becomes available to Defendant, he will amend this Notice at the earliest possible opportunity.

Dated: September 23, 2022                    Respectfully submitted,

/s/ James M. Ventura
James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, Minnesota 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Justin White*