**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
Criminal No.: 22-CR-207 (JRT/ECW)

| | |
|---|---|
| United States of America,          ) | |
| )                                   | |
| Plaintiff,          ) | |
| )                                   | **MOTION FOR ATTORNEY** |
| )                                   | **CONDUCTED VOIR DIRE** |
| Justin White,                       ) | |
| )                                   | |
| Defendant.          ) | |

Defendant, Justin White, by and through his attorney, James M. Ventura, respectfully moves the Court, pursuant to Rule 24(a), Federal Rules of Criminal Procedure, for an Order permitting his attorney to supplement the Court's voir dire examination by further inquiring generally as to the defense of entrapment and any biases, prejudices, or predispositions, which a juror may have towards such defense and what impact, if any, such views would have on the juror's ability to be fair and impartial.

This Motion is based on the Indictment, the records, and files in the above-entitled action, and any and all matters which may be presented prior to, or at the time of the hearing of said Motion.

Dated: September 23, 2022          Respectfully submitted,

*/s/ James M. Ventura*
James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, Minnesota 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jvenutra@jamesventuralaw.com
*Attorney for Defendant Justin White*