UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No.: 22-CR-207 (JRT/ECW)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENSE COUNSEL'S MOTION** |
| | ) | **REQUESTING LEAVE OF COURT** |
| | ) | **TO ALLOW DEFENDANT TO** |
| Justin White, | ) | **FILE *PRO SE* MEMORANDUM** |
| | ) | |
| Defendant. | ) | |

I, James M. Ventura, am appointed to represent Defendant, Justin White in the above-entitled matter.

Mr. White has advised me that he wishes to file his own Memorandum of Law for the Court's consideration. I support his request so that he can make his position and argument clear to the Court.

Therefore, on behalf of Mr. White, I respectfully request that he be allowed to submit a *pro se* Memorandum of Law for the Court's review and consideration at the Motions hearing, which I understand will be rescheduled based upon this Motion and Defendant's Motion for Continuance.

Dated: December 5, 2022                    Respectfully submitted,

*/s/ James M. Ventura*
James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, MN 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Justin White*