**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Criminal No.: 22-CR-207 (JRT/ECW)**

---

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF MOTIONS** |
| | ) | **HEARING DATE** |
| Justin White, | ) | **AND TRIAL DATE** |
| | ) | |
| Defendant. | ) | |

---

Defendant, Justin White, by and through his attorney, James M. Ventura, respectfully moves this Court for a continuance of the Motions hearing and trial dates. Respectfully, we request a scheduling order continuing the Motions hearing date out 43 days or more, to January 17, 2023, or another date at the Court's discretion, and that the trial date and related deadlines be continued out in a similar timeframe.

Mr. White desires to file his own Motion/Memorandum of Law for the Court's consideration at the Motions hearing currently scheduled for December 5, 2022. Defendant White only informed his counsel of this fact on December 1, 2022. Based upon this new development, counsel informed the Court that the defense is not ready to proceed with the Motions hearing as it is currently scheduled.

The parties, including the Government, are in agreement with this motion and believe it serves the interests of justice.

Dated: December 5, 2022                    Respectfully submitted,

*/s/ James M. Ventura*

James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, MN 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Justin White*