# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTIONS MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | |
| JUSTIN WHITE | |
| Defendant. | |

| | |
|---|---|
| Case No: | 22-cr-207 (JRT/ECW) |
| Date: | March 14, 2023 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 1:40 p.m. |
| Time Concluded: | 1:48 p.m. |
| Time in Court: | 8 minutes |

APPEARANCES:

   Plaintiff:   Nathan Nelson
                  Assistant U.S. Attorney

   Defendant:   Pro se

   Interpreter/Language:   NA

   Witnesses: NA

**Additional Briefing/Submissions:**

Government's brief due: on or before **March 28, 2023**
Defendant's briefs due: on or before **April 11, 2023**

**Hearing CONTINUED as to the Following Motions**

Defendant Justin White's Defendant's Motion for Disclosure of Grand Jury Testimony of Witnesses (Dkt. 16); Defendant Justin White's Motion for Discovery and Inspection (Dkt. 17); Defendant Justin White's Motion for Discovery of Expert Under Rule 16(a)(1)(G) (Dkt. 18); Defendant Justin White's Motion for Immediate Disclosure of Favorable Evidence (Dkt. 19); Defendant Justin White's Motion for Rough Notes, Logs and Evidence (Dkt. 20); Defendant Justin White's Motion to Compel Government to Copy Audio Tapes and Provide Counsel with Written Transcript (Dkt. 21); Defendant Justin White's Motion to Compel Identification of Confidential Informant(s) (Dkt. 22); Defendant Justin White's Motion to Disclose and Make Informants Available to Interview (Dkt. 23); Defendant Justin White's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Dkt. 24); Defendant Justin White's Motion to Suppress Statements, Admissions and Answers (Dkt. 25); Defendant Justin White's Motion to Suppress Wire Interceptions, Electronic Surveillance, and Other Evidence (Dkt. 26); Defendant Justin White's Pre-Trial Motion for Disclosure of 404 Evidence (Dkt. 28); Defendant Justin White's for Attorney Conducted Voir Dire (Dkt. 29); Defendant Justin White's Pro Se Motions and Memorandum for Suppression and Dismissal Due to

Entrapment and Outrageous Government Misconduct (Dkt. 57); and Defendant Justin White's Pro Se Motions and Memorandum for Suppression Due to Illegal Search in Seizure (Dkt. 58).

**Following Motions were WITHDRAWN by the Parties at the Hearing:**

Defendant Justin White's for Suppression and Dismissal Due to Entrapment an Outrageous Government Conduct (Dkt. 52); Defendant Justin White's Motion for Suppression and Dismissal Due to Entrapment and Outrageous Government Conduct (Dkt. 55); and the Government's Motion to Strike Defendant's Pro Se Motions (Dkt. 60).

☐ ORDER TO BE ISSUED  ☐ R&R TO BE ISSUED

☒ Exhibits retained by the Court  ☐ Exhibits returned to counsel  ☐ Text order to be entered by Clerk's Office

*s/ Elizabeth Cowan Wright*
U.S. Magistrate Judge