UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRIM. NO. 22-207 (JRT/ECW)

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JUSTIN WHITE,

          Defendant.

**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

    Standby counsel has advised me of my rights under the Speedy Trial Act, 18 U.S.C. § 3161. I understand that I have a right to be brought to trial within 70 days after the indictment was filed or my arrest, whichever was later. I have also discussed with standby counsel that my trial date, which is currently scheduled for September, will likely be reset for a new date in December 2023. It is my wish that the trial be continued until December. I understand and agree that the time between now and the new trial date will not count against the 70-day time limit of the Speedy Trial Act.

    Based on the above facts, I waive my rights under the Speedy Trial Act and request that the period of time from now until the new trial setting be excluded from the time in which I would otherwise have to be brought to trial on my case.

Dated: 09/06/23

_____
Justin White