UNITED STATES DISTRICT COURT
DISTRICT OF MINNNESOTA
Crim. No. 22-207 (JRT/ECW)

United States of America v. Justin White

The Defendant respectfully motions to the court for a continuance of the December 18th, 2023 trial date. The defendant is requesting an "official" laboratory test be conducted on the totality of fentanyl being present in the alleged substance. The defendant is requesting that the data from the test show: Total weight of alleged substance, name of the individual conducting the test; as well as the location of where test was conducted. The defendant is requesting that the substance be tested ten times, with the weight of each individual test not to exceed a tenth of a gram. The test is to be conducted in such a manner because, the defendant wishes to uncover if this substance is a mixture containing fentanly or vice-versa  the defendant is seeking such information for possible future appeal and argumentative purpose for trial or pretrial. The defendant respectfully moves the Court to conduct the test in such manner because it is the only possible way to separate the mixture from the substance. In closing, the defendant waves his speedy trial rights from the last known trial date (12.18.2023) with hopes of the future trial date to be in compliance with the date of the laboratory results.

RECEIVED
NOV 17 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
NOV 17 2023
U.S. DISTRICT COURT MPLS

Respectfully Submitted
By

Justin White

11/14/23.

United states

vs

Justin white

RECEIVED
NOV 17 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

crim.no (JRT/ECW)

The defendant respectfully motions the court for a continuance of the December 18th 2023 trail date. Because The defendant is requesting an "officail" laboratory test to be conducted on the totality of fentanyl being present in the alleged substance. The defendant is requesting that the data from the test show .Total weight of alleged substance,name of the individual conducting the test ,as well as the location of where test was conducted. The defendant is requesting that the substance be tested ,ten times with the weight of each individual test not to exceed a tenth of a gram. The test is to be conducted in such manner because ,the defendant wishes to uncover if this substance is a mixture containing fentanly or vice-versa. The defendant is seeking such information for possible argumentative purpose for trail as well as a pretrial. The defendant respectfully moves the court to conduct such test in this manner because this is the only logical way to separate the possible mixture from the controlled substance. In closing the defendant has been faced with a extreme amount of difficulty's with access to the law library thus is the reason for some of my motions being hand written. But because of such I have falling behind on my preparation for trail which is also a reason why I'm motioning the courts for a continuance from the DEC 18 2023 trail date. I believe that a four month continuance will be sufficient for me to catch up contingent on me receiving proper assess to law library . Although this date is contingent on the drug analysis. So the date should be four months out or consisted with the drug analysis. The defendant respectfully waves his right to a speedy trail

SCANNED
NOV 17 2023
U.S. DISTRICT COURT MPLS

from the last known trail date

submitted by

justin white 11/16/23