UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 22-207 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| JUSTIN WHITE, | |
| Defendant. | |

_____

Laura Provinzino, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff,

Steven J Wright, **LAW OFFICE OF STEVEN J. WRIGHT,** 331 Second Avenue South, Suite 705, Minneapolis, MN 55415, stand-by counsel for defendant.

The defendant filed a Motion for Continuance of Trial Date.  (ECF No. 105)  Based on all the records, files, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1)   The Motion for Continuance of Trial Date [ECF No. 105] is **GRANTED**;

2)   Trial of this case is continued to February 20, 2024 at 9:00 a.m. in Courtroom 14E before the Honorable John R. Tunheim.

3)   The time from the date of this order through February 20, 2024 shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).  The ends of justice will be served by continuing the trial date.  This finding is based upon the

Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

DATED: December 14, 2023
at Minneapolis, Minnesota                                    s/John R. Tunheim
                                                                                         JOHN R. TUNHEIM
                                                                                     United States District Judge